[No. 53133-6-I. Division One. March 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY DAVID POLL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-00586-4, Charles S. French, J., entered September 2, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Appelwick, J., concurred in by Coleman and Grosse, JJ.

[Nos. 53246-4-I; 53248-1-I;   Division One.   March 7, 2005.]
53247-2-I.

THE STATE OF WASHINGTON, *Respondent*, v. DARNELL WEBSTER, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 03-1-00155-1, Richard McDermott, J., entered September 22, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53314-2-I. Division One. March 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY DWAYNE BANKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00485-1, James D. Cayce, J., entered October 13, 2003. *Remanded* by unpublished per curiam opinion.

[No. 53318-5-I. Division One. March 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MILTON JOSEPH CHRISTOPHE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00616-1, Harry J. McCarthy, J., entered October 6, 2003. *Affirmed* by unpublished per curiam opinion.